HARRISON D. FOLINSBEE, Respondent, *v.* GEORGE P. SAWYER, Appellant.

(Submitted January 23, 1899; decided February 28, 1899.)

MOTION for reargument denied, with ten dollars costs. (See 157 N. Y. 196.)